IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., et al., <br><br> Petitioners, <br><br> v. <br><br> CBI INDUSTRIES, INC., <br><br> Respondent <br> _____/ | No. C-08-5110 MMC <br><br> **ORDER STRIKING ROBERT FRANCIS'S LETTER DATED JANUARY 29, 2009** |

  The Court is in receipt of a letter, written by Robert Francis ("Francis"), dated January 29, 2009 and filed by the Clerk of the Court on January 29, 2009, by which Francis, the president of respondent CBI Industries, Inc. ("CBI") seeks to argue the merits of the claim brought herein by petitioner American President Lines, Ltd.

  As noted in the Court's January 13, 2009 order affording Francis an opportunity to obtain legal representation on behalf of CBI, "[a] corporation may appear in federal court only through licensed counsel." See United States v. High Country Broadcasting Co., 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming entry of default, where corporation failed to appear by counsel).

//
//

1 | Accordingly, said letter by Francis is hereby STRICKEN and petitioner may proceed
2 | with the action in such manner as it deems appropriate.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated:  February 2, 2009
6 | _____
MAXINE M. CHESNEY
United States District Judge

2