IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., et al., <br><br> Petitioners, <br><br> v. <br><br> CBI INDUSTRIES, INC., <br><br> Respondent <br> _____/ | No. C-08-5110 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By the instant action, petitioners seek an order confirming an arbitration award.

In light of petitioners' pending motion to confirm the subject award,[1] and no appearance by respondent having been filed to date, the Court hereby CONTINUES the Case Management Conference from March 13, 2009 to May 8, 2009. A Case Management Statement shall be filed no later than May 1, 2009.

**IT IS SO ORDERED.**

Dated: March 10, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The motion was filed March 6, 2009 and is scheduled for hearing on April 17, 2009.