1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10
         NORTHERN DISTRICT OF CALIFORNIA
11
12
13
14  In the Matter of the Arbitration between      No.  C 08-05110 MMC

15  AMERICAN PRESIDENT LINES, LTD., a
    corporation and APL CO. Pte., LTD., a         JUDGMENT
16  corporation,

17
              Petitioners,
18
         v.
19
20  CBI INDUSTRIES, INC., a corporation,

21            Respondent.

22
23
24
25
26

1      On the date indicated below, this Court confirmed the award of the arbitrator in this

2  matter, dated September 25, 2008, attached as Exhibit "C" to the Petition for Order Confirming

3  Award of Arbitrator.  In its Order Confirming the Arbitration Award, the Court directed that

4  judgment be entered in conformity with the arbitration award.  Therefore,

5      IT IS ORDERED, ADJUDGED, AND DECREED that:

6      Petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. recover from

7  Respondent, CBI Industries, Inc., the principal sum awarded of $7,285 and costs of suit herein of

8  $350, for a total judgment in the amount of **$7,635.**

9

10  **IT IS SO ORDERED.**

11

12

13  DATED:  April 7 _____, 2009

14

15                           By: _____

16                                   UNITED STATES DISTRICT JUDGE